IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 1:12cv184HSO-RHW**

**JOMEY B. ETHRIDGE**                                           **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on the Motion [14] for Summary Judgment filed pursuant to FED. R. CIV. P. 56 by Plaintiff United States of America against Defendant Jomey Ethridge.  The Court, after a full review and consideration of Plaintiff's Motion, the pleadings on file, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Judgment is rendered in favor of Plaintiff pursuant to FED. R. CIV. P. 56, in the amount of $742,894.51, plus interest accruing under law, against Defendant Jomey Ethridge.

**SO ORDERED AND ADJUDGED**, this the 5th day of June, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE